Minute Order Form (rev. 4/99)

05 GJ 858   NF

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| CASE NUMBER | 07 CR 0580 | DATE | MARCH 6, 2008 |
| CASE TITLE | US v. RICHARD LOPEZ, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

SPECIAL AUGUST 2006-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

JUDGE KOCORAS

Docket Entry:

**MAGISTRATE JUDGE DENLOW**

BOND SET IN 07 CR 580 TO STAND AS BOND IN THIS INSTANCE AS TO RICHARD LOPEZ, CASSANDRA MOSELY and DAVID RODRIGUEZ. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO DAVID RODRIGUEZ and ROBERT WALSTON.

**FILED**
MAR 0 6 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE        (ONLY IF FILED
OR MAGISTRATE JUDGE        UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | Date docketed | |
| ___ No notices required. | | | Docketing dpty. initials | |
| ___ Notices mailed by judge's staff. | | | | |
| ___ Notified counsel by telephone. | | | Date mailed notice | |
| ___ Docketing to mail notices. | | | | |
| ___ Mail AO 450 form. | | | Mailing dpty. initials | |
| ___ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |