# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 580 - 6 | **DATE** | 3/26/2008 |
| **CASE TITLE** | US vs. Thaddeus Bania  (#6) | | |

**DOCKET ENTRY TEXT**

Arraignment of defendant Thaddeus Bania held on 3/26/2008. John T. Theis appears as counsel for defendant for the sole purpose of arraignment. Defendant enters plea of not guilty to all counts. Defendant is given to 4/9/2008 to file pretrial motions. Government is given to 4/23/2008 to answer. Status hearing set for 4/9/2008 at 9:30 a.m. to report on the defendant's attempt to retain counsel. Status hearing is also set for 5/1/2008 at 9:45 a.m. In the interest of justice, 3/6/2008 to 5/1/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|