**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:07−cr−00580
                                                Honorable Charles P. Kocoras

Richard Lopez, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable Charles P. Kocoras:Status hearing held on 5/1/2008 as to defendants Richard Lopez, Cassandra Mosley, David Rodriguez, Robert Walston and Thaddeus Bania. As discussed in open court, all pending motions [36] [47] are moot. Any proposed voir dire to be submitted to the Court no later than 8/18/2008. Jury trial set for 9/15/2008 at 10:30 a.m. The Court finds this case to be complex. In the interest of justice, 5/1/2008 to 9/15/2008 is excludable time under 18:3161(h)(8)(b)(ii) and 18:3161(h)(8)(A)(B).Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.