**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 CR 580 |
| | ) | |
| RICHARD LOPEZ, et al., | ) | Honorable Judge Charles P. Kocoras |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

**MOTION TO ENLARGE THE CONDITIONS OF BOND**

Now comes, THADDEUS BANIA, by his attorney GEORGE E. BECKER and moves this Court for the entry of an order enlarging the conditions of his bond to travel from Chicago, Illinois to Canada and Alaska for a cruise. In support of this motion the Defendant states:

1. The Defendant is charged in the above captioned indictment and has been released on a signature bond.

2. The Defendant is desirous of traveling to Alaska between July 9 and 16, 2008 for the purpose of a cruise. As part of that cruise the Defendant will be on a ship that docks in Vancouver, British Colombia.

3. The Defendant requests this Court grant him permission to leave the Northern District of Illinois for the purpose of the cruise.

4. The Defendant's travel itinerary is attached hereto.

5. The Defendant will need his passport (now in possession of Pretrial Services) in order to travel.

Wherefore Defendant, THADDEUS BANIA, prays that this Court enter an order enlarging his conditions of bond to travel to Canada and Alaska in accordance with his itinerary and for temporary release of passport.

Respectfully submitted,

s/George E. Becker<br>George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803