# Carnival

## Booking Summary
for
Mr Thaddeus Banie
Mrs Audrey Mcanarney

**Please proceed to VIP check-in upon arrival at the cruise terminal.**

| | |
|---|---|
| FunPass Status: | Incomplete |
| Sailing Date: | Wednesday, July 9th, 2008 |
| Number of Days: | 7 |
| Ship Name: | Carnival Spirit |
| Cruise Name: | Southbound Alaska |
| Booking #: | 5V2D36 |
| Dining Request: | Third Dinner Seating - 8:15PM |
| Stateroom #: | 7296 |
| Category: | 11 |
| Deck: | Verandah |
| Embarkation Port: | Port Of Whittier, Ak |
| Disembarkation Port: | Port Of Vancouver, Bc, Canada |
| Check-In Time: | Earliest 12:00PM Latest 7:30PM |
| Sailing Time: | 9:00PM |
| Airline Reservations: | Fly Aweigh from Chicago, Il (O'hare) |
| Transfer Services: | Pre/Post Transfers Included |
| Hotel Packages: | Not Purchased — If interested please contact Carnival Cruise Lines at 1-888-CARNIVAL |
| Shore Excursions: | Not Purchased — Please visit: www.carnival.com/shoreexcursions |

### Document Quicklinks

| | |
|---|---|
| Flight Information | 4 |
| Packages/Transfers * | 6 |
| Sail & Sign® Account * | 9 |
| Luggage Tag * | 14 |

*These pages must be presented at time of embarkation.

# Carnival

## Carnival Spirit



**Check-In: Earliest 12:00PM - Latest 7:30PM**
**Whittier-Alaska Cruise Terminal**

**Please see page 3 for check-in procedures.**

**Visitor's Policy:** For security reasons Carnival has a **No Visitors** policy and regrets any inconvenience this may cause.

### Identification Requirements

U.S. security procedures require all guests 16 years of age and older to present a photo identification card upon airport and cruise line check-in. All guests must present the required documentation at embarkation. Guests without the required documentation will be denied boarding and no refund will be issued.

### IMPORTANT NOTICE TO OUR GUESTS:

THE GUEST TICKET CONTRACT IN THIS DOCUMENT CONTAINS CONDITIONS ON NUMBERED PAGES 9 THROUGH 13 IN THE REAR PORTION OF THIS DOCUMENT. YOUR ATTENTION IS DIRECTED TO THESE CONDITIONS, CERTAIN OF WHICH CONTAIN IMPORTANT LIMITATIONS ON RIGHTS OF GUESTS TO ASSERT CLAIMS AGAINST THE CRUISE LINE, VESSEL, OR THEIR AGENTS OR EMPLOYEES. PLEASE READ THE CONTRACT AND THESE TERMS AND RETAIN THE CONTRACT FOR FUTURE REFERENCE.

May 22, 2008 12:32pm v.1.15

# Carnival

## Your Cruise Itinerary
### Southbound Alaska

| Day | Port | Arrive | Depart |
|---|---|---|---|
| WED | ANCHORAGE (WHITTIER), AK | | 9:00PM |
| THU | CRUISE PRINCE WILLIAM SOUND | | |
| THU | CRUISE COLLEGE FJORD | | |
| FRI | SITKA, AK * | 8:30AM | 7:00PM |
| SAT | JUNEAU, AK | 7:00AM | 11:00PM |
| SUN | SKAGWAY, AK | 7:00AM | 4:30PM |
| SUN | CRUISE LYNN CANAL | | |
| MON | KETCHIKAN, AK | 11:00AM | 8:00PM |
| TUE | CRUISE INSIDE PASSAGE | | |
| WED | VANCOUVER, BC, CANADA | 8:00AM | |

* Ship Always Tenders At This Port