)(Carnival.

)(Carnival.

Carnival.
The Fun Ships.

**Flight Information**

Ticket Number

**Guest Name**
Mr Thaddeus Bania
Mrs Audrey Mcanarney

**Airline Name**
Alaska Air
United Airlines

Record Locator
DHWJKB
P24MBS

| Day | Date | Carrier/Flight | Departure City | Departure Time | Arrival City | Arrival Time |
|---|---|---|---|---|---|---|
| WED | 07/09 | Alaska Air 1166 | Chicago, Il (O'hare) | 7:25am | Seattle-Tacoma, Wa | 9:40am |
| WED | 07/09 | Alaska Air 0093 | Seattle-Tacoma, Wa | 11:30am | Anchorage, Ak | 2:02pm |
| WED | 07/16 | United Airlines 1132 | Vancouver, Bc, Can | 2:05pm | Chicago, Il (O'hare) | 8:09pm |

**Important Information – Please Read Carefully**

Carnival has planned the above flight itinerary. Airline ticketing begins approximately 45 days prior to sailing. It is important that you verify the above flight information. Carnival cannot guarantee that guests traveling with other guests will be on the same airline or routing. Please refer to the Custom Fly Aweigh Services at www.carnival.com/flyaweigh. Changes to name, date, flight or city after your airline tickets have been issued will require a replacement ticket and may be subject to cancellation penalties and/or a non-refundable service fee.

For information on customizing your flight itinerary or to make any necessary changes, please contact 1-(888)-CARNIVAL. Seat assignments and other special services may be arranged directly with your assigned carrier(s) once ticketed.

We strongly recommend that you contact your assigned airline(s) to obtain their luggage allowance policy for the maximum number, size and weight of bags that each guest is allowed.

U.S. Security procedures require all guests 18 years of age and older to present a photo identification card upon airport check-in. Guests without proper identification will be denied boarding by the airline. For international travel, a passport is required for all guests.

Air carriers and routings are assigned at Carnival's discretion and are subject to change. Carnival Cruise Lines will attempt to notify you of airline schedule changes, however, it is your responsibility to reconfirm your flight itinerary, ticket information and check-in times at least 72 hours prior to travel directly with the assigned airline(s).

Please refer to www.carnival.com/flyaweigh for additional information on our Air/Sea program.

May 22, 2008 12:32pm   v1.15