**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 CR 580 |
| | ) | |
| RICHARD LOPEZ, et al., | ) | Honorable Judge Charles P. Kocoras |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:   David D. Buvinger
      Assistant United States Attorney
      219 S. Dearborn Street – 5th Floor
      Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on June 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Kocoras in room 1725 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **MOTION TO ENLARGE THE CONDITIONS OF BOND** in the above-captioned case, at which time and place you may appear if you see fit.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

                                                  s/George E. Becker
                                                  GEORGE E. BECKER

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803