## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                  Case No.: 1:07−cr−00580

                                  Honorable Charles P. Kocoras

Richard Lopez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Thaddeus Bania's motion [75] to enlarge conditions of bond to travel to Canada and Alaska from 7/9/2008 to 7/16/2008 is granted. Hearing on said motion, set for 6/12/2008, is stricken. The defendant may pick up his passport from Pretrial Services 3 days prior to travel, and must surrender said passport to Pretrial Services within 3 days of his return. So ordered. Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.