UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                         Case No.: 1:07−cr−00580
                                                  Honorable Charles P. Kocoras

Richard Lopez, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

     MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 8/14/2008 as to defendants Richard Lopez, Cassandra Mosley, David Rodriguez, Robert Walston and Thaddeus Bania. Jury trial is reset from 9/15/2008 to 10/6/2008 at 10:30 a.m. All motions in limine to be filed on or before 9/15/2008. Answers to said motions are due 9/22/2008. Any proposed voir dire to be submitted to the Court no later than 9/15/2008. In the interest of justice, 8/14/2008 to 10/6/2008 is excludable time under 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.