UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   1:07-cr-580 - 6 |
| | ) | |
| RICHARD LOPEZ, et al., | ) | Honorable Judge Charles P. Kocoras |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

**MOTION TO CONTINUE TRIAL OR IN THE ALTERNATIVE
TO SEVER TRIAL OF DEFENDANT BANIA**

Now comes, THADDEUS BANIA, by his attorney GEORGE E. BECKER and moves this Court to continue the October 6, 2008 trial date or in the alternative to sever his trial from that of co-defendants. In support of this motion the Movant states:

1. On March 6, 2008 a superseding indictment was returned naming Defendant Bania in 11 counts of allegations regarding improprieties with a union election. This is the first time Bania was charged with a crime.

2. The Movant was diagnosed with neck cancer on December 12, 2007 and was receiving chemotherapy and radiation treatment at the time of the return of the indictment.

3. Because of complications from his recovery from cancer treatment, including his inability to speak, the Movant did not retain counsel until late May.

4. That the Movant has only been able to recently assist counsel in the preparation of his defense because of complications relating to his illness.

5. As recently as Labor Day, the Defendant was suffering from dizziness and hearing loss. The Movant related to counsel that he was having difficulty concentrating on matters.

6. The Movant was asked to schedule an appointment with his treating doctor for the doctor to determine if Defendant could sit through and assist counsel for a 2 to 3 week trial.

7. On September 9, 2008 Dr. Joseph Clark of the Loyola University Medical Center issued a report to counsel indicating Defendant has difficulty in certain functions, including dizziness and loss of hearing.

8. Based upon the report of Dr. Clark the Defendant requests this Court either continue his trial for a period of 90 to 120 days or in the alternative sever his trial from that of co-defendants.

Wherefore Defendant, THADDEUS BANIA, prays that this Court enter an order continuing his trial or severing his trial from that of co-defendants.

Respectfully submitted,

s/George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803
A.R.D.C. No. 6180685