09/09/2008 12:37 FAX                          LUMC HEM-ONC                                    ☒002



**LOYOLA MEDICINE**

*Loyola University Chicago Stritch School of Medicine*

Loyola University Medical Center
Cardinal Bernardin Cancer Center
2160 S. First Avenue
Maywood, Illinois 60153

**Joseph I. Clark, MD**
Professor of Medicine
Program Director, Hematology/Oncology
Fellowship Program

Telephone: (708) 327-3236
Fax: (708) 327-3218
E-Mail: jclark@lumc.edu

September 9, 2008

Mr. George E. Becker, PC
33 N. LaSalle Street
Suite 3300
Chicago, IL 60602
Fax: (312) 236-8385

RE:  Thaddeus Bania
     MR#: 1311331
     DOB: 11/8/1954

Dear Mr. Becker:

Be advised that Mr. Thaddeus Bania is a patient of mine and under my care here at the Cardinal Bernardin Cancer Center. Mr. Bania was diagnosed with neck cancer on December 12, 2007. As a result of the chemotherapy and radiation treatment, he is still experiencing a number of symptoms, which affect his ability to function. These symptoms include difficulty with hearing that at times is complete, lasting a few days. He has dry salivary glands from his treatment that may take up to one year to recover. He experiences numbness on the soles of his feet making it difficult for him to walk. He experiences occasional dizzy spells that come and go. He has difficulty with concentration, such that at times after lengthy discussion, he forgets the subject being discussed. He remains dependent on his feeding tube to maintain adequate nutrition as eating by mouth is difficult for him.

As stated, these symptoms render Mr. Bania unable to sit, work, or concentrate for extended periods of times. These symptoms will improve over time. It is my opinion that by the end of the 2008 calendar year, his symptoms should be significantly better such that he will be much more functional.

Should you require further information, please do not hesitate to contact me.

Sincerely,

Joseph I. Clark, M.D.
Professor of Medicine
Division of Hematology/Oncology

JIC/scb

*Preparing people to lead extraordinary lives*

Loyola University Medical Center • 2160 S. First Ave. Maywood, IL 60153 • (888) LUHS-888 • www.meddean.luc.edu