**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.     1:07-cr-580 - 6 |
| | ) | |
| RICHARD LOPEZ, et al., | ) | Honorable Judge Charles P. Kocoras |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Kocoras in Courtroom 1725 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present the **MOTION TO CONTINUE TRIAL OR IN THE ALTERNATIVE TO SEVER TRIAL OF DEFENDANT BANIA** in the above captioned case, at which time and place you may appear if you see fit.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2008, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

s/George E. Becker
GEORGE E. BECKER

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803
A.R.D.C. No. 6180685